**FILED**

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

FEB 22 2007

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:07CR 38-WHA |
| | ) | [18 USC § 1951(a); |
| DANIEL MARLIN JONES | ) | 18 USC § 924(c)(1)(A)(ii); |
| | ) | 18 USC § 922(g)(1)] |
| | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about July 5, 2006, in Dale County, within the Middle District of Alabama,

DANIEL MARLIN JONES,

defendant herein, did obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, by robbery of the 'Stop and Go' located at 1589 South Union Avenue, Ozark, Alabama, in violation of Title 18, United States Code, Section 1951(a).

## COUNT 2

On or about July 5, 2006, in Dale County, within the Middle District of Alabama,

DANIEL MARLIN JONES,

defendant herein, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, the robbery charged in Count 1 of this Indictment, did use and carry and, in furtherance of said crime, possess a firearm, and did brandish a firearm, in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT 3

On or about July 5, 2006, in Dale County, within the Middle District of Alabama,

DANIEL MARLIN JONES,

defendant herein, having been convicted on or about the date set forth below of the offense set forth below, each a felony punishable by imprisonment for a term exceeding one year under the laws of the State of Alabama:

| Conviction Date | Court | Case Number | Offense |
|---|---|---|---|
| February 26, 2003 | Circuit Court of Dale County, Alabama | CC-02-000383 | Rape II |

did knowingly possess, in and affecting commerce, the following firearm: Arcadia Machine and Tool (AMT), Model Automag II, .22 caliber pistol, in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL:

*/s/ Barbara K. Alexander*
Foreperson

*/s/ Patricia A. Watson*
for LEURA G. CANARY
UNITED STATES ATTORNEY

*/s/ Nathan D. Stump*
NATHAN D. STUMP
Assistant United States Attorney