IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CR. NO. <u>1:07cr38-WHA</u> |
| ) | |
| DANIEL MARLIN JONES | |

<u>MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM</u>

TO THE HONORABLE _____, UNITED STATES MAGISTRATE JUDGE:

    Comes now the United States of America, by and through its Attorney for the Middle District of Alabama, and represents and shows unto the Court that there is pending in the United States District Court for the Middle District of Alabama an Indictment against Daniel Marlin Jones, now in custody of Kilby Corrections Facility, Mt. Meigs, Alabama, and that said cause is set for arraignment at Montgomery, Alabama, in this Honorable Court on April 18, 2007, at 10:00 a.m.

    WHEREFORE, the United States Attorney prays that your Honor will direct the Clerk of this Court to issue a WRIT OF HABEAS CORPUS AD PROSEQUENDUM addressed to Warden, Kilby Corrections Facility, Mt. Meigs, Alabama, commanding him to deliver said prisoner to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner before this Honorable Court to be held at Montgomery, Alabama, on April 18, 2007, at 10:00 a.m.

    Respectfully submitted this the 10th day of April, 2007.

    Respectfully submitted,

    LEURA G. CANARY
    UNITED STATES ATTORNEY

    /s/Nathan D. Stump
    NATHAN D. STUMP
    Assistant United States Attorney
    One Court Square, Suite 201
    Montgomery, AL 36104
    Phone: (334) 223-7280
    Fax: (334) 223-7135
    E-mail: nathan.stump@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:07cr38-WHA |
| | ) | |
| DANIEL MARLIN JONES | | |

O R D E R

Upon consideration of the motion for writ of habeas corpus ad prosequendum filed April 10, 2007, and for good cause shown, it is

ORDERED that the motion is GRANTED. The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to Kilby Corrections Facility, Mt. Meigs, Alabama, commanding them to deliver Daniel Marlin Jones, to any United States Marshal or Deputy United States Marshal, and directing said Marshal or Deputy to bring said prisoner before this court to be held at Montgomery, Alabama, on April 18, 2007, at 10:00 a.m., and to return the prisoner to said official when the court shall have finished with him.

DONE this _____ day of April, 2007.

_____
UNITED STATES MAGISTRATE JUDGE