IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. <u>1:07cr38-WHA</u> |
| | ) | |
| DANIEL MARLIN JONES | | |

## O R D E R

Upon consideration of the motion for writ of habeas corpus ad prosequendum filed April 10, 2007, and for good cause shown, it is

ORDERED that the motion is GRANTED. The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to Kilby Corrections Facility, Mt. Meigs, Alabama, commanding them to deliver Daniel Marlin Jones, to any United States Marshal or Deputy United States Marshal, and directing said Marshal or Deputy to bring said prisoner before this court to be held at Montgomery, Alabama, on April 18, 2007, at 10:00 a.m., and to return the prisoner to said official when the court shall have finished with him.

DONE this 10th day of April, 2007.

/s/ Wallace Capel, Jr.
UNITED STATES MAGISTRATE JUDGE