IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CR. NO. 1:07CR38-MEF |
| ) | |
| DANIEL MARLIN JONES ) | |

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE SHERIFF AND/OR KEEPER OF   KILBY CORRECTIONAL FACILITY
                                  MT. MEIGS, ALABAMA

and

TO THE UNITED STATES MARSHAL FOR THE MIDDLE DISTRICT OF ALABAMA OR ANY OTHER UNITED STATES MARSHAL:

GREETINGS:

We command you, that you have the body of _____**DANIEL MARLIN JONES**_____, a prisoner in your institution and under your control, as it is said, under safe and secure conduct, to appear before the United States District Court for the Middle District of Alabama, at the courtroom of said court, in the city of MONTGOMERY on **April 18, 2007, at 10:30 A.M.**, to answer charges pending in said court and for such other proceedings as may appear proper to the court; and thereafter, that you return the said defendant to the above-named institution under safe and secure conduct.

BY ORDER OF THE COURT.

DONE, this the 10th day of April, 2007.

DEBRA P. HACKETT, CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

BY: *Kell Gregg*
Deputy Clerk