IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | CASE NO: 1:07-CR-38-WHA |
| | ) | |
| **DANIEL M. JONES** | ) | |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Christine A. Freeman, and enters her appearance as counsel for **DANIEL M. JONES**, in the above-styled matter.

Dated this 20th day of April 2007.

                                                                   Respectfully submitted,

                                                                   **s/Christine A. Freeman**
                                                                   **CHRISTINE A. FREEMAN**
                                                                   **TN BAR NO.: 11892**
                                                                   Federal Defenders
                                                                   Middle District of Alabama
                                                                   201 Monroe Street, Suite 407
                                                                   Montgomery, AL 36104
                                                                   TEL:  (334) 834-2099
                                                                   FAX:  (334) 834-0353
                                                                   E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Nathan D. Stump, Esq., Assistant United States Attorney, One Court Square, Montgomery, AL 36104.

                                                            **s/Christine A. Freeman**
                                                            **CHRISTINE A. FREEMAN**
                                                            **TN BAR NO.: 11892**
                                                            Federal Defenders
                                                            Middle District of Alabama
                                                            201 Monroe Street, Suite 407
                                                            Montgomery, AL 36104
                                                            TEL:  (334) 834-2099
                                                            FAX:  (334) 834-0353
                                                            E-Mail: Christine_Freeman@fd.org