**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | |
| | **)** | |
| **V.** | **)** | **CASE NO: 1:07-CR-38-WHA** |
| | **)** | |
| **DANIEL M. JONES** | **)** | |

**UNOPPOSED MOTION TO CONTINUE SENTENCING**

**COMES NOW** the defendant, DANIEL M. JONES, by undersigned counsel, and respectfully moves to continue the sentencing now set in this matter for October 31, 2007.

In support of this Motion, defense counsel would show that additional time is needed to review the possible effect of sentencing guidelines changes scheduled to take effect on November 1, 2007.

Government counsel does not oppose this Motion.

Respectfully submitted,

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 10, 2007, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system, which will send notification of such filing to

the following: Nathan D. Stump, Esq., Assistant United States Attorney, One Court Square,

Montgomery, AL 36104.

<u>s/Christine A. Freeman</u>
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org