IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 1:07cr038-WHA |
| DANIEL MARLIN JONES ) | |

**ORDER**

      Upon consideration of the Unopposed Motion to Continue Sentencing (Doc. #26), filed by the Defendant and unopposed by the Government, the motion is GRANTED, and it is hereby

      ORDERED that, for the reason that defense counsel is in need of additional time to review the possible effect of sentencing guidelines changes scheduled to take effect on November 1, 2007, sentencing of the Defendant scheduled for October 31, 2007, is CONTINUED and RESET for Wednesday, November 14, 2007, at 2:00 p.m. in District Courtroom 2-C, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

      DONE this 10th day of October, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE