IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 1:07cr038-WHA |
| DANIEL MARLIN JONES ) | |

### ORDER

Due to a conflict which has arisen in the court's schedule, the sentencing scheduled in this case for November 14, 2007, at 2:00 p.m. is RESCHEDULED for November 14, 2007, **at 3:15 p.m.** in District Courtroom 2-C, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 1st day of November, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE